United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ OHIO _____

UNITED STATES OF AMERICA

V.

**ANTHONY ANDERSON**

*Corrected*
**NOTICE**

CASE NUMBER: **1:12mj349**

**(Litkovitz, MJ)**

TYPE OF CASE

☐ **CIVIL**    ☒ **CRIMINAL**

**X** TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse | Room 708 |
| 100 East Fifth Street | DATE AND TIME |
| Cincinnati, Ohio 45202 | 10-22-12 @ 1:30pm |

TYPE OF PROCEEDING

*Preliminary Examination* before the Honorable Karen L. Litkovitz, U.S. Magistrate Judge.

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESET TO, DATE AND TIME |
|---|---|---|
| | | |

CLERK
_____
U.S. MAGISTRATE OR CLERK OF COURT

October 11, 2012
_____
DATE

*s/a. hill*
_____
(BY) s/Arthur Hill DEPUTY CLERK

TO: Federal Public Defender

CC: U.S. Probation Office
    U.S. Pretrial Services
    U.S. Marshal's Office (FAX: 684-6397)
    U.S. Attorney's Office (ATTN: Karl Kadon, AUSA)

**NOTE: It is the responsibility of Counsel to notify their clients.**